# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**WILLIAM H. LAMB**                                                                 **PETITIONER**

**V.**                                    **CIVIL ACTION NO.: 1:15CV211-SA-JMV**

**JACQUELYN BANKS and**
**ATTORNEY GENERAL OF THE STATE OF MISSISSIPPI**        **RESPONDENTS**

## CERTIFICATE OF APPEALABILITY

A notice of appeal has been filed in the above captioned case from the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a state court under 28 U.S.C. § 2254. The Court, considering the record in the case and the requirements of Fed. R. App. P. 22(b) and 28 U.S.C. § 2253(c), finds that:

PART A

☐        The applicant has made a substantial showing of the denial of a constitutional right.

SPECIFIC ISSUE(S):

☒        **A certificate of appealability should not issue.**

REASONS FOR DENIAL:

For the reasons stated in the opinion, the Court finds that the Petitioner has failed to "demonstrate that the issues are debatable among jurists of reason; that a court could resolve issues in a different manner; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893 n.4 (1993) (superceded by statute) (citations and quotations omitted); 28 U.S.C. § 2253(c)(1) and (2). Specifically, the Court finds, for the reasons set forth in its June 7, 2016, memorandum opinion, that Petitioner has failed to

make a substantial showing of the denial of a constitutional right, and the instant motion should be denied.

PART B (if applicable)

☐ The party appealing is entitled to proceed *in forma pauperis*.

☒ **The party appealing is not entitled to proceed *in forma pauperis*.**

REASONS FOR DENIAL:

The Court finds that the Petitioner's appeal is not taken in good faith because it is frivolous and has no possibility of success. *See* Fed. R. App. P. 24.

**SO ORDERED**, this, the 5th day of August, 2016.

 /s/ Sharion Aycock
 **U.S. DISTRICT JUDGE**